# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>MAKSIM BOIKO<br>a/k/a Maxim Boyko<br>a/k/a "gangass"<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)         20-658M<br>)<br>)         [UNDER SEAL]<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2015 - present__ in the county of __Allegheny__ in the __Western__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*s/Samantha Shelnick*
*Complainant's signature*

Samantha Shelnick, Special Agent
*Printed name and title*

Special Agent Shelnick attested to this Criminal Complaint by telephone pursuant to FRCP 4.1(b)(2)(A) this 27th day of March 2020.

Date: 03/27/2020

*Judge's signature*

City and state: Pittsburgh, Pennsylvania     Honorable Lisa Pupo Lenihan, U.S. Magistrate Judge
*Printed name and title*