# RECORD OF MAGISTRATE'S PROCEEDINGS

| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # | 20-mj-658 |
|---|---|---|
| vs | DATE OF COMPLAINT | 3/27/20 |
| Maksim Boiko | CRIMINAL DOCKET NUMBER | |
| | DATE OF INDICTMENT | |
| | STATUTE: | 18:1956 |
| DATE ARRESTED: 3/27/20 | | |

## INITIAL APPEARANCE

Before Magistrate: [X] DODGE  [ ] LENIHAN  [ ] KELLY  [ ] EDDY  [ ] LANZILLO  [ ] PESTO

Date: 5/11/2020
Time: 11:06 am - 11:18 am
Tape Index: 11:06 am

U.S. ATTORNEY: Tod Eberle (Jessica Smolar today only)

* Video Appearance consented
Russian Interpreter: Valery Yegorov

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:
   - [ ] Read  [X] Summarized  [ ] Reading waived
   - [ ] Defendant provided with a copy of the charges
   - [X] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - [ ] Read  [X] Summarized  [ ] Reading waived

4. COUNSEL
   - [ ] Defendant requested appointment  [ ] Defendant waived appointment
   - [ ] Defendant represented by: _____
   - [X] Defendant expects to retain: Arkady Bukh entered appearance 4/13/2020
   - [ ] Affidavit executed.
   - [ ] Not Qualified  [ ] Qualified  [ ] with possible requirement for partial or full payment
   - [ ] Federal Public Defender appointed
   - [ ] CJA Panel Attorney _____ appointed

5. BAIL
   - Recommended Bond: Detention
   - Bond Set at:
   - [ ] By Consent  [ ] Additional Conditions Imposed:
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [ ] Temporary Commitment issued  [ ] Final Commitment issued
   - Bond Review Hearing Set For:
   - Detention Hearing Set For: Waived

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT

   Preliminary Exam/~~Rule 40~~/~~Arraignment~~ set for: Waived  Before Magistrate

ADDITIONAL COMMENTS: