IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Magistrate No. 20-658M |
| | ) | |
| MAKSIM BOIKO | ) | |
|    a/k/a Maxim Boyko | ) | |
|    a/k/a "gangass" | ) | |

**JOINT MOTION FOR EXTENSION OF
SPEEDY TRIAL TIME TO FILE INDICTMENT OR INFORMATION**

AND NOW, comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Charles A. Eberle, Assistant United States Attorney for said district, and Arkady Bukh, Esquire, counsel for defendant Maksim Boiko, and set forth the following in support of the within joint motion:

1. Defendant Maksim Boiko was arrested on March 28, 2020, and charged in a one-count criminal complaint filed at the above-captioned Magistrate Number with violating 18 U.S.C. §1956(h).

2. Pursuant to 18 U.S.C. § 3161(b), an information or an indictment must be filed against the defendant within 30 days of arrest or service with a summons.

3. 18 U.S.C. § 3161(b) provides:

> Any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges. If an individual has been charged with a felony in a district in which no grand jury has been in session during such thirty-day period, the period of time for filing of the indictment shall be extended an additional thirty days.

4. Due to the COVID-19 pandemic, the grand jury in the Western District of Pennsylvania was not in session from before the time of Defendant Boiko's arrest on March 28, 2020, through May 19, 2020.

5. Arkady Bukh, counsel for the defendant, and undersigned counsel for the government now jointly move this Honorable Court for an order extending the speedy trial time to file an indictment or information under 18 U.S.C. § 3161(b) from the date of the requested order through and including November 30, 2020.

6. Counsel for both parties are engaged in discussions regarding the charges which may be set forth in an information or indictment filed against the defendant. Additional time will permit the parties to explore fully the law and facts associated with this case. Additional time will also permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations.

7. Defendant Boiko acknowledges, through his counsel, that he is aware of his rights under Section 3161(b), voluntarily waives his right to have an information or indictment filed within 30 days of his arrest, and consents to the granting of the instant motion being jointly made by the parties.

8. Accordingly, the parties request that the time period under 18 U.S.C. § 3161(b) be extended, and that the Court make a finding, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the period of time from the date of the Order through November 30, 2020, shall be excluded in computing the time period within which an information or indictment must be filed, since the ends of justice served by such continuance outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

s/ Charles A. Eberle
CHARLES A. EBERLE
Assistant U.S. Attorney
PA ID No. 80782

s/ Arkady Bukh
ARKADY BUKH, ESQUIRE
Counsel for Defendant Maksim Boiko